UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN A. NELSON,<br><br>    Petitioner,<br><br> v.<br><br>THE PEOPLE,<br><br>    Respondent. | Case No. 25-cv-08696-RFL<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 3 |

   Petitioner Warren Nelson's claims arise from the conduct of criminal proceedings in Los Angeles County (Superior Court Case Number TA098143), which lies in the Central District of California. (Dkt. No. 1 at 1; *People v. Nelson*, No. B221843, 2011 WL 3572157 (Cal. Ct. App. Aug. 16, 2011).) Nelson contends that a gang enhancement was improperly applied to him, citing his gang classification history while in prison, and seeks a reduction in his sentence. Accordingly, this action is TRANSFERRED to the Central District of California, where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(c)(2), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith. The pending motion (Dkt. No. 3) is VACATED.

   **IT IS SO ORDERED.**

Dated: October 29, 2025

                         RITA F. LIN
                         United States District Judge